

2006 MAY 26

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                          06-cr-88-01-JM

James Walsh

## O R D E R

On May 25, 2006, the Government filed a motion to dismiss the information without prejudice. The Court hereby grants the motion to dismiss. This case is hereby dismissed.

SO ORDERED.

May 26, 2006

                                               James R. Muirhead
                                               United States Magistrate Judge

cc:     Joseph Laplante, AUSA
           Jonathan Lax, Esq.
           Thomas Dreschler, Esq.